IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>              Plaintiff,                          )<br>                                                               )<br>      vs.                                                  )<br>                                                               )<br>EDWARD EUGENE LEWIS,                 )<br>                                                               )<br>              Defendant.                       ) | 8:05CR447<br><br>ORDER |

      This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Edward Eugene Lewis (Lewis) (Filing No. 20).  On February 22, 2006, Lewis was ordered released upon conditions pending further proceedings (Filing No. 8).  Lewis was to reside in Omaha, Nebraska, and to comply with various conditions of pretrial release.  On May 19, 2006, Pretrial Services Officer James M. Roberts submitted a Petition alleging Lewis had violated the conditions of his release by violating curfew, failing to obtain or seek employment, possessing a firearm, and committing an offense under state law.  A warrant for Lewis's arrest was issued.

      Lewis appeared before the undersigned magistrate judge on May 23, 2006.  He was represented by Kimberly E. Novak.  The United States was represented by Assistant U.S. Attorney Michael D. Wellman.  After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Lewis denied the allegations of the Petition. A hearing was scheduled for May 26, 2006.

      On May 26, 2006,  Lewis again appeared before the undersigned magistrate judge.  He was represented by Kimberly E. Novak.  The United States was represented by Assistant U.S. Attorney Michael D. Wellman.  Lewis admitted the violation of curfew and the government rested on Lewis' admission. The court finds the allegation of the petition relating to a curfew violation is generally true and Lewis has violated the conditions of his release.

      The court took judicial notice of the Pretrial Services Violation Report.  After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked.

      **IT IS ORDERED:**

      1.     The Petition For Action on Conditions of Pretrial Release (Filing No. 20) is granted.

      2.     The February 22, 2006, Order Setting Conditions of Release of Edward Eugene Lewis (Filing No. 8) is hereby revoked.

      3.     The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

      DATED this 26th day of May, 2006.

                                                                          BY THE COURT:

                                                                          s/Thomas D. Thalken
                                                                        United States Magistrate Judge